CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　Plaintiff<br>　v.<br><br>8 LA PIZZAS, LLC,<br><br>　　Defendants | Case: 2:21-cv-0774-FLA-E<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)(A)(ii)** |

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), the Parties stipulate that this action may be dismissed with prejudice as to all Parties. All parties are to bear their own fees and costs with regards to the federal ADA claim only.

1

Dated: January 26, 2022        CENTER FOR DISABILITY ACCESS

                               By: /s/Zachary Best
                                   Zachary Best
                                   Attorneys for Plaintiff

Dated: January 26, 2022        SHEPPARD, MULLIN, RICHTER & HAMPTON

                               By: /s/Michael Chilleen
                                   Michael J. Chilleen
                                   Attorneys for Defendant

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael Chilleen, and that I have obtained their authorization to affix their electronic signature to this document.

Dated: January 26, 2022        CENTER FOR DISABILITY ACCESS

                               By: /s/Zachary Best
                                   Zachary Best
                                   Attorneys for Plaintiff